IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRYAN WILLIAM MANSEAU,<br><br>     Plaintiff,<br><br>  v.<br><br>SHERIFF JIM WINDER et al.,<br><br>     Defendants, | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-784 DAK<br><br>District Judge Dale A. Kimball |

Plaintiff, inmate Bryan William Manseau, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated October 31, 2012, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. On December 7, 2012, the Court granted Plaintiff an additional thirty days in which to file his amended complaint. Plaintiff has not since responded.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED**.

DATED this 13th day of February, 2013.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court